## Hall, Vanessa

**From:** Hall, Vanessa
**Sent:** Friday, February 15, 2008 4:34 PM
**To:** Stacey, Jeffrey
**Subject:** New Claim

**Signed By:** vanessa.hall@va.gov

Hi Jeff,

We received a new claim for Phoenix and I am taking it home to complete the opening process. I would like to assign this to Dana, but he requires that I pull my case load and sit down with him before assigning him any new claims. I am giving you a heads-up on this one, because this veteran filed a claim previously which settled for $350,000.00 (GCLAWS #29024).

I am overwhelmed! I cannot take on any additional work with a fair expectation of completion. I am getting increasingly concerned about my assigned workload and the increasing support responsibilities. I already have a brief which was assigned to me by Dana yesterday. I love labor work, so it's not a problem. I'll put my best foot forward in tackling the brief, and accepted the assignment.

Jeff, I respect that you are not here and are at a disadvantage not knowing what is actually going on, but I am the only paralegal here who is providing support to attorneys. I do not want to cause problems, but this is of growing concern to me. You are impressive in that you juggle so many things at one time; but the fact that Norma does not support Rona and Maxine in the same way that I support Dana and Bron can be a problem. We have been meeting on issues concerning my support to Dana and Bron, roping off my time, etc. but how does that translate to similarly situated employees? Norma told me that she was told not to make copies and does not make copies; I have to do whatever I am told during the time allocated for such. There is no time allocated in which Norma is expected to perform like task. 100% of her time, by her admission, is devoted to her caseload.

I appreciate you, I really do, but I am troubled and concerned over this disparity. Please, let's talk next week. I'm going to think things over this weekend and will be prepared to discuss my concerns. This is in no way directed to you. If at all possible, I want to avoid conflict.

Have a good weekend!

Vanessa

*Vanessa H. Hall*
*Paralegal Specialist*
*Office of Regional Counsel*
*Region 19, Phoenix, AZ*
*650 E. Indian School Road, Bldg. 24 (200)*
*Phoenix, AZ 85012-1893*
*Phone: (602) 212-2091*

2/29/2008