# Hall, Vanessa

| From: | Hall, Vanessa |
|---|---|
| Sent: | Wednesday, February 27, 2008 10:42 AM |
| To: | Engles, Deo U. (ORM) |
| Subject: | Misconduct Letters |

Attachments: Misconduct.pdf

The attached letters will underline disparate treatment. The author of this letter has had numerous complaints of performance and conduct issues and there has been no action taken by management. Please include this as evidence of disparate treatment in that this employee has been allowed to gain a level of comfort in their actions, culminating in misconduct during government time and by using government equipment. These letters were left on the printer.

*Vanessa H. Hall*
*Paralegal Specialist*
*Office of Regional Counsel*
*Region 19, Phoenix, AZ*
*650 E. Indian School Road, Bldg. 24 (200)*
*Phoenix, AZ 85012-1893*
*Phone: (602) 212-2091*



*Dear Sean .....*

*I am not one of you're... as you would say one of your so called "Nigger Friends!" How dare you and shame on you for the way you have treated me this last year!!*

*I am tired of your verbal abuse, your attitude, and you're treating me like shit. I think it would be best until; you can make up your mind to treat and speak to me with respect, please not only stay away from me and do not ask me for anything more, or plan on using my vehicle or asking for help with anything. I go, well out my way for you and you do not even show me any appreciation for the inconvenience that you bring into my life! I have gone above and beyond my duties as your mother not only this last year but this last couple of months for you. Just because something is going wrong for you and your upset about something does not give you the right to yell and swear at me or treat me like a piece of crap!*

*I told you when I sold the house I was done with all the BS and I meant it. I moved away and started over because I did not want to be apart of that low life trash unit over in that neighborhood anymore or apart of all the drama. It's obvious to me that you do still want to be apart of it or your attitude and your demeanor would have changed! I am telling you... from this point on you need to start changing your ways, trend of thinking and get some class. Don't rain on my parade anymore!!*

Before, I moved to Arizona 24 years ago, I never lived like this! It started when I met your dad and has continued on since I was with him. I know that the only person that can change things and the way of life for me is me and I am trying to do that. I plan on living the rest of my days here on earth a nice quiet, upper class life which is exactly how I lived before coming to Arizona. So... if that means not having anything to do with you, Edwin, Pete or anyone else, in particular in my family than so be it! It's time for you, your brother, Pete and everyone else around me to start taking care and being responsible for your own lives and actions.

You can stay at the house, but from this point on, you need to start taking care of yourself, your own affairs and stop depending on me. You need to stop bothering and harassing me at work. You also need to start paying your way. I don't care if you have to beg, borrow or steal for it! You can either give it to me or I can withdraw if from the bank account. Since you share half of everything, you will need to start paying $100.00 a week. While staying and living there you need to clean up after your-self and keep your room and bathroom presentable. Rinse your own dishes and put in the dishwasher, if you cook something clean up after wards, do your own laundry and do not leave it in the washer and dryer, help with the cleaning of the house, yard and trimming of bushes. If this is not acceptable to you than move on and see if you can find some place cheaper than what I am charging and better than what you are being offered right now!

I love both you and Edwin but it is time for me to live my life quietly and happily and to live for me. In order for me to do that not only do I need to make changes but so do you. And if you don't want to make changes and keep going on the way you are and being miserable, unhappy and angry all the time that is fine but then please...please get out my life and leave me alone, so I can be happy.

Love Mom
4/5/07

PS: Just so you know you have put me in a bind for the last time and no more of my money will be given out, other than to try and help your brother get his vehicle on the road. And that is another thing; don't even think about running your mouth to your so called friends or saying anything about my helping him or giving Edwin any attitude or

*grief about my helping him. He and Sylvia are the only ones that have not asked me for any money. Since I have sold the house the most that I have spent or given up to those 2 is maybe $2000.00 if that!*

*It's not that I don't love, it's because I do love you that I have to finally draw the line!*



Dear Alice ... I am sorry about the hassle we got into the other night and my hanging up but not only were you upsetting me but you were also frustrating me to the point where my heart was starting to palpitate and hurt. I am not mad but I am very, very hurt that you would even think that I would screw over, especially after all that you have seen me do for other people and especially after being friends for over 30 years, not just acquaintances but close personal friends. I mean you are "Auntie Alice." Auntie is family...

Let me first say that you will never know how grateful, I am and was that you helped me and that you were my miracle here. My "Angel." And even though, we had put my bills on the charge card, so I could do monthly payments, I was planning on trying pay off the card right away or as soon as possible. That was the whole point of my moving in with Ernie, instead of taking an apartment. Moving in with Ernie would have saved me a lot of money as the rent is being divided 4 ways. Living with him, I could have paid up all the bills from the house, got them off my back, got my car fixed, made payments (possibly double payments) on the card and then when I did my taxes in February paid the card off. I won't do that now, though as my goal will be to pay you off as soon as possible, since you feel the way you do.

I don't know what to say or even know how make you feel more secure, that I will pay you back. I have never in all my years of being on this earth screwed over one of my friends or family members, although Lord knows how many times they done it to me and believe there has been several times. You can call my sister, my mom, or any one of

my friends and they will tell you no matter what I will always stay loyal to my friends. I'm not like Shawn White and his wife or Edwin and his wife or Pete. I always pay my debts and pay back any money that I owe someone. I have filed bankruptcy once and that was when I left the boys' dad he wouldn't pay anything and if I could have afforded it ... I wouldn't have done it then. But there was no way, I could have paid up the bills and supported the boys, too, especially with not getting any help from their dad.

I can understand your feeling the way you do about throwing Edwin's and Sylvia's things away and can get the fact, that you don't understand the way, I feel about not doing the same but you have never had any children of your own or bonded to any, the way most parents do. It is a mother's instinct to always want to protect and help her children and hope they will learn either from her mistakes or their own mistakes.

My son, Edwin is pretty much at rock bottom now and maybe your solution is to "kick him" around some more while he down but it is not mine... nor is it mine or anyone else's to sit in judgement of him because he has made big mistakes or the wrong choices. Not only is it wrong of us but it certainly is not the "Christian" thing to do. He is young and like everyone else, has to learn.

Edwin will never leave Sylvia and the kids. And that is because of the way his father did him and Sean. You have no idea how hard it was or how much we struggled to make ends meet (we meaning-me and my boys) or what it was like or how much it hurt... for my boys to grow up and to know that their father lived only a few miles away and never anything for them or had anything to do with them. But because of it, they will stay loyal to their spouses and children, especially the children as they never will never want their children to feel the hurt they felt.

I honestly believe Sylvia will eventually kick Edwin to the curb, sooner or later. When that happens, my son will be devastated from her. I am not sure how you were raised in your family but the one thing I have always taught my boys is that family are the most important people in your lives and you should always have their back, no matter what! Will I or Sean help Edwin again ...maybe ...maybe not but that is not a decision for you or anyone else to make for me ... that is my decision and as long as I am paying you back, there should be no beef!

You didn't even give me a chance here and I very hurt that you would accuse me of taking you done and screwing you over. You obviously don't know me as well, as I thought and we're obviously not as good friends as I thought or you would have never done that. But that is ok, as more and more everyday I learn and oddly enough, it the

ones that I think that care about me are the ones I learn from and get hurt from the most.

As, I said I am sorry I even thought of asking you for help, now and I will try to get your charge card paid asap. I have made up a spread sheet of what I think I owe, if it is more just let me know so I can correct the sheet and make sure every bit is paid back. I will send or give you a new copy of the spreadsheet with the new balance every time I pay on the card or give you the money for the card.

Love
Maria